FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 22  AM 11: 23

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| TAJ ROYAL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV405-123 |
| STATE OF GEORGIA OF HUMAN RIGHTS, | ) |
| Defendant. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22nd day of SEPTEMBER, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA